

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    -v-                               :          **INDICTMENT**

JOSE FRANCISCO PICHARDO,          :
    a/k/a "Chino,"                  :

            Defendant.     :

- - - - - - - - - - - - - - -x

07 CRIM 310

## COUNT ONE

The Grand Jury charges:

1.    From on or about March 9, 2006, up to and including on or about November 15, 2006, in the Southern District of New York, JOSE FRANCISCO PICHARDO, a/k/a "Chino," the defendant, unlawfully, intentionally, and knowingly, did attempt to distribute and possess with intent to distribute approximately 20 kilograms of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code, to wit, PICHARDO installed two compartments in a vehicle that were to be used to transport cocaine.

    (Title 21, United States Code, Section 846;
    Title 18, United States Code, Section 2.)


_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v -**

**JOSE FRANCISCO PICHARDO,
a/k/a "Chino,"**

**Defendant.**

---

**<u>INDICTMENT</u>**

07 Cr. ____

(Title 21, United States Code, Section
846; Title 18, United States Code,
Section 2.)

_____
        <u>MICHAEL J. GARCIA</u>
        United States Attorney.

**A TRUE BILL**

_____
                    Foreperson.

_____

Post 11/07

RC
4/16/07

Indictment filed, case assigned
to Judge Pauley -

J. Maas, USMJ