

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07

**By Hand**

The Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street - Room 2210
New York, NY 10007

    Re:    *United States v. Jose Franciso Pichardo*
            07 Cr. 310 (WHP)

Dear Judge Pauley:

    The parties respectfully request that the conference scheduled for today at 2:00 p.m. be adjourned to July 20, 2007, at 2:00 p.m. In the event that the parties reach a disposition before that date, we will notify the Court.

    In addition, the Government respectfully requests that time be excluded from today until July 20, 2007 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the defendant to review discovery and to consider motion practice. I have spoken to defense counsel, and he has indicated that there is no objection to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Brendan R. McGuire
Assistant United States Attorney
212.637.2220

Application Granted.

**SO ORDERED:**

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.

6-22-07

cc:    Laureano Guzman (via fax)