UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :

      v.                         :    S1 07 Cr. 310 (WHP)

JOSE FRANCISCO PICHARDO,       :

             Defendant.     :

- - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                  _____
                                  JOSE FRANCISCO PICHARDO
                                  Defendant

                                  _____
                                  Witness

                                  _____
                                  Laureano Guzman, Esq.
                                  Counsel for Defendant

Date:  New York, New York
       July 23, 2007

0202