UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

   -v-                          :     INFORMATION

JOSE FRANCISCO PICHARDO,        :     S1 07 Cr. 310 (WHP)
    a/k/a "Chino,"
                                :

        Defendant.
                              :
- - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

1. From on or about March 9, 2006, up to and including on or about November 15, 2006, in the Southern District of New York, JOSE FRANCISCO PICHARDO, a/k/a "Chino," the defendant, unlawfully, intentionally, and knowingly, did attempt to distribute and possess with intent to distribute a controlled substance, to wit, PICHARDO installed two compartments in a vehicle that were to be used to transport approximately 20 kilograms of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) & 841(b)(1)(A); Title 18, United States Code, Section 2.)

COUNT TWO

The United States Attorney further charges:

2. From in or about 2005 through in or about 2006, in the Southern District of New York and elsewhere, JOSE FRANCISCO PICHARDO, a/k/a "Chino," the defendant, and others known and

unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    3. It was a part and an object of the conspiracy that JOSE FRANCISCO PICHARDO, a/k/a "Chino," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

    (Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v -

JOSE FRANCISCO PICHARDO,
a/k/a "Chino,"

Defendant.

---

**INFORMATION**

S1 07 Cr. 310 (WHP)

(Title 21, United States Code, Sections
812, 841(a)(1), 841(b)(1)(A) & 846; Title
18, United States Code, Section 2.)

---

MICHAEL J. GARCIA
United States Attorney.

---

7/23/07 Fld Inf + Waiver of Ind AUSA Brendan McGuire pres Deft Jose Pichardo pres w/Atty Lawrence Guzman Deft plead Guilty to Inf Spanish-3-Intrp pres. Deft bail Cont. Consent to Proceed B/ Mag Ptt

Mag Judge Dolinger